UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY CAMPBELL, WIFE OF/AND** | * | **CIVIL ACTION** |
| **KENNETH CAMPBELL,** | * | |
| | * | **MAGISTRATE:** |
| **VERSUS** | * | |
| | * | **SECTION:** |
| **UNITED STATES OF AMERICA,** | * | |
| **FEDERAL EMERGENCY** | * | |
| **MANAGEMENT AGENCY,** | * | |
| **UNITED STATES DEPARTMENT OF** | * | |
| **HOMELAND SECURITY, AND** | * | |
| **RONNIE J. FAIRLEY,** | * | |

*****************************************************************

## **COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes Complaintants, **MARY CAMPBELL, WIFE OF/AND KENNETH CAMPBELL**, both persons of the full age of majority, and residents of and domiciled in the Parish of St. Tammany, State of Louisiana, who with respect allege and aver as follows:

1.

This Court has subject matter jurisdiction under 28 U.S.C. 1331. Complaintants specifically allege that there is a federal question jurisdiction under The Federal Tort Claims Act (28 U.S.C. Section 1346 et seq.)

2.

The following parties made defendants in this lawsuit and are made liable unto your Complaintants, jointly, severally, and *in solido*, in a sum to be determined by this Honorable Court, together with legal interest thereon, from date of judicial demand until paid:

A.   **UNITED STATES OF AMERICA**, (hereinafter referred to as "**UNITED**

STATES"), is sued herein as acting through the Federal Emergency Management Agency and/or United States Department of Homeland Security, and all are referred to interchangeably herein as the "**UNITED STATES**";

B. **FEDERAL EMERGENCY MANAGEMENT AGENCY** (hereafter referred to as "**FEMA**"), an agency of the United States Department of Homeland Security;

C. **UNITED STATES DEPARTMENT OF HOMELAND SECURITY** (hereinafter referred to as '**HOMELAND**"), a department and/or agency of the United States of America; and

D. **RONNIE J. FAIRLEY**, (hereinafter referred to as '**FAIRLEY**"), a person of the full age of majority, and a resident of and domiciled in the Parish of Jefferson, State of Louisiana.

3.

Based upon information and belief at all times pertinent herein, the defendant, **FAIRLEY** was in the course and scope of his employment and/or was on an errand and/or mission, and/or had the permission to operate the vehicle for defendants **UNITED STATES, FEMA** and/or **HOMELAND** more fully described below and involved in this accident.

4.

Defendants, **UNITED STATES, HOMELAND, AND/OR FEMA** are liable under the Federal Tort Claims Act (28 U.S.C. Section 1346, et seq., and/or 28 U.S.C. Section 2674, et seq.), and Louisiana Civil Code Article 2320 for the negligent acts of defendant **FAIRLEY**.

5.

Standard Form 95 was forwarded by Certified Mail on September 4, 2013 to FEMA - Office of Chief Counsel, c/o Jacqueline Nantier-Hopewell, Esq., 500 C Street, S.W., Room 840,

Washington, D.C. 20472. More than six (6) months have passed, and the matter has not been resolved.

6.

On or about January 25, 2013, at approximately 12:20 p.m., your complaintant, **KENNETH CAMPBELL** was operating his 2008 Nissan Versa automobile in a careful and prudent manner in a westerly direction on Earhart Boulevard in the right lane approaching the intersection of Leonidas Street, when suddenly and without warning, a 2012 Dodge Charger, being owned by defendant **FEMA** and operated by defendant **FAIRLEY**, which was traveling in a Northerly direction on Leonidas Street, entered the intersection thereby causing a collision and the painful personal injuries sustained by complaintant and more fully described below.

7.

Complaintants aver that the proximate cause of the above described accident and resulting personal injuries and damages was the negligence of defendants, **UNITED STATES, HOMELAND, FEMA** and **FAIRLEY** in the following non-exclusive particulars, to-wit:

    a.    Failure to see what he should have seen;

    b.    Failure to maintain a proper lookout;

    c.    Reckless operation of a motor vehicle;

    d.    Careless operation of a motor vehicle;

    e.    Failure to stop at an intersection;

    f.    Failure to yield the right of way;

    g.    Any and all acts of negligence which may be discovered during the course of these proceedings or proved at the trial herein.

8.

As a result of the above described accident, your petitioner, **KENNETH CAMPBELL**, suffered severe and painful personal injuries, which include but are not limited to, left shoulder pain, neck pain, and numerous contusions and abrasions.

9.

As a direct result of the above described accident, your complaintant, **KENNETH CAMPBELL**, has sustained general and special damages, which include but are not limited to, pain and suffering, mental anguish and distress, medical expenses, lost wages and/or loss of earning capacity, disability, and loss of enjoyment of life.

10.

Because of the aforementioned negligence and liability of the aforementioned defendants and the painful personal injuries sustained by complaintant, **KENNETH CAMPBELL**, complaintant, **MARY CAMPBELL** has sustained damage in the form of loss of consortium, loss of service and loss of society which has diminished and/or deprived her from any benefit which heretofore existed between herself and her husband, including loss of love and affection, care, attention, companionship, comfort, protection, sexual relations, among other losses to be shown at the trial of this matter, and she is entitled to a sum to be determined by this Honorable Court.

**WHEREFORE**, complaintants, **MARY CAMPBELL, WIFE OF/AND KENNETH CAMPBELL**, respectfully pray that defendants, **UNITED STATES OF AMERICA, FEDERAL EMERGENCY MANAGEMENT AGENCY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY**, and **RONNIE J. FAIRLEY** each be served with a copy of this Complaint, and be duly cited to appear and answer same, and that after due

proceedings had there be judgment herein in favor of Complaintants, **MARY CAMPBELL, WIFE OF/AND KENNETH CAMPBELL**, and against the defendants, **UNITED STATES OF AMERICA, FEDERAL EMERGENCY MANAGEMENT AGENCY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY** and **RONNIE J. FAIRLEY**, jointly, severally, and *in solido*, in a sum to be determined by this Honorable Court, together with legal interest from date of judicial demand until paid, and for all costs of these proceedings, including expert witness fees, and for all such general and equitable relief as law, equity and the nature of the case may permit.

    Respectfully submitted,

*/s/ Leonard J. Cline*
LEONARD J. CLINE
LA BAR NO. 04201
3021 35th Street, Suite A
Metairie, LA 70001
(504) 838-8254
(504) 838-9146 (facsimile)
clinelaw@bellsouth.net
Attorney for Complaintants, Mary Campbell
and Kenneth Campbell

**PLEASE SERVE:**

**UNITED STATES OF AMERICA**
Through the U.S. Attorney General
Eric H. Holder, Jr.
U.S. Department of Justice
Room B-103
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**UNITED STATES OF AMERICA**
Through the U.S. Attorney
Kenneth A. Polite, Jr.
650 Poydras Street, Suite 1600
New Orleans, LA 70130

**UNITED STATES OF AMERICA**
Through the Civil Process Clerk
c/o U.S. Attorney
650 Poydras Street, Suite 1600
New Orleans, LA 70130

**FEDERAL EMERGENCY MANAGEMENT AGENCY**
Through Office of General Counsel
c/o William Craig Fugate (Administrator)
500 C Street, S.W.
Washington, D.C. 20472

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
Through the Honorable Jeh Johnson
Secretary of Homeland Security
Washington, D.C. 20528

**RONNIE J. FAIRLEY**
2876 Keithway Drive
Harvey, LA 70058